IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBBY ROBERSON, Personal
Representative of the ESTATE OF
DOROTHY M. ROBERSON, a Citizen of
the State of New Mexico, and
ROB-O-CO, Inc., a New Mexico
Corporation,

Plaintiffs,

vs.                                      CIV 09-795 JCH/WDS

LEE B. FARKAS, a Citizen of the State of
Florida,

Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO FILE SURREPLY TO EXPEDITED MOTION TO COMPEL PARTICIPATION AT SETTLEMENT CONFERENCE

The Court has reviewed Defendant's Unopposed Motion to File Surreply to Compel Participation at Settlement Conference. [Doc. No. 79]. Because the Court notes that the Plaintiffs do not oppose the Motion and the Court finds that the Defendant's arguments in support of the Motion are well-taken, it is

**ORDERED AND DECREED THAT**:

1. Defendant's Unopposed Motion to File Surreply to Compel Participation at Settlement Conference [Doc. No. 79] is **GRANTED**.

2. Defendant shall have leave to file a surreply in this matter by noon on November 4, 2010.

DONE AND ORDERED in Chambers in Albuquerque, N.M, this 3rd day of November, 2010.

_____
The Honorable W. Daniel Schneider
United States Magistrate Judge